```
                              FILED
                       U.S. DISTRICT COURT
                     EASTERN DISTRICT OF LA

                       2005 DEC 13  PM 1:09

                        LORETTA G. WHYTE
                               CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUNDRA B. WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO:    04-2598** |
| **JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION** | **SECTION: "A" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date, no objection has been filed to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision is **AFFIRMED.**

New Orleans, Louisiana, this _12_ day of _December_, 2005.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No _____
```